NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY W. BROOM, )
)
     Appellant, )
)
v. )    Case No. 2D18-6
)
STATE OF FLORIDA, )
)
     Appellee. )
_____)

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.

Anthony W. Broom, pro se.

PER CURIAM.

        Affirmed.  See Bolender v. State, 658 So. 2d 82 (Fla. 1995); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Jackson v. State, 640 So. 2d 1173 (Fla. 2d DCA 1994).

BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.